## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 1:20-CV-02648-NLH-KMW

Plaintiff:
**EDWARD J. HOVATTER, ET AL.,**

vs.

Defendant:
**DUSTIN MAX FRIEDMAN**


BBW2020002450

Received by Gean Smith on the 13th day of March, 2020 at 1:48 pm to be served on **DUSTIN MAX FRIEDMAN, 6523 CLUBHOUSE CIRCLE, DALLAS, TX 75240**.

I, Gean Smith, being duly sworn, depose and say that on the **24th day of March, 2020** at **12:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered by delivering a true copy of the **SUMMONS IN A CIVIL CASE / COMPLAINT / CIVIL COVER SHEET / EXHIBIT A, B, C, D, E, F, G, H, I, J,** with the date of service endorsed thereon by me, to: **DUSTIN MAX FRIEDMAN** at the address of: **6523 CLUBHOUSE CIRCLE, DALLAS, TX 75240,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

SHIRLEY NELL MCCLELLAN
My Notary ID # 6985122
Expires September 21, 2021

Subscribed and Sworn to before me on the 24 day of MARCH, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

_Gean O. Smith_
**Gean Smith**
PSC 4683  EXP 1/31/2022

Our Job Serial Number: BBW-2020002450

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k